**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAVID KNIGHT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.  4:23-cv-00213** |
| | § | |
| **LIBERTY INSURANCE** | § | |
| **CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.  The Court finds that the Joint Stipulation of Dismissal with Prejudice should be, and hereby is, accepted by the Court.

It is therefore ORDERED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

It is further ORDERED that all relief not previously granted is hereby DENIED, and the Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 20th day of June, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE